AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) 23-5412mJ |
| DANIEL HARRIS, | ) 4:17CR455 JAR/DDN |

## ARREST WARRANT

To:   Any authorized law enforcement officer

   YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay **DANIEL HARRIS** who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

**Bank robbery** –in violation of Title 18, United States Code, Section 2113(a)

### DETENTION

Date: October 11, 2017

_Issuing Officer's Signature_

City and State: St. Louis, MO

GREGORY J. LINHARES
Clerk, United States District Court
*Printed Name and Title*

### RETURN

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
At *(city and state)* _____.
Date: _____

_____
*Arresting Officer's Signature*

_____
*Printed name and title*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:17-CR-00455 JAR DDN |
| | ) |
| DANIEL HARRIS, | ) |
| | ) |
| Defendant. | ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about March 15, 2017, in the City of St. Louis, within the Eastern District of Missouri,

**DANIEL HARRIS,**

the defendant herein, by force and violence or by intimidation, take from the person and presence of an employee of U.S. Bank, United States currency, belonging to and in the care, custody, control, management and possession of the St. Louis Community Credit Union, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

In violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL

_____
FOREPERSON

JEFFERY B. JENSEN
United States Attorney

_____
LINDA LANE, # 0011451IA
Assistant United States Attorney